[Rockingham, June, 1884.]

### WHITTEMORE, *Adm'r, & a., v.* MERRILL.

BILL IN EQUITY, for the cancellation of a deed of a farm from N. A. D., now deceased, widow of G. A. D., deceased. A part of

the plaintiffs, heirs-at-law of N. A. D., claimed that the deed was obtained by fraud. The other plaintiffs, legatees under the will of G. A. D., claimed that the farm conveyed was part of the estate of G. A. D., and that by the terms of the will N. A. D. was authorized to use and expend only so much of the estate as she needed for her support, and that the conveyance was unauthorized. The consideration of the deed was the defendant's agreement to support N. A. D. during life. The court at the trial term found that the deed was made without fraud or undue influence, in good faith, upon good consideration, and that the conveyance was reasonably necessary for the purpose of providing a home for N. A. D., and dismissed the bill; and the plaintiffs excepted.

*A. Whittemore, Jr.*, and *W. L. Foster*, for the plaintiffs.

*Wiggin & Fuller*, for the defendant.

CLARK, J. No question of law is raised in this case. The material allegations of the bill are not sustained by the facts found.

*Exceptions overruled.*

STANLEY and ALLEN, JJ., did not sit: the others concurred.